# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.:  12-CV-00142-MSK-KLM

**ANDREW HUBER**

      **Plaintiff,**

**v.**

**NATIONAL CREDIT AUDIT CORPORATION**

      **Defendant**

---

## NOTICE OF SETTLEMENT

---

COMES NOW the Plaintiff by and through his attorney of record and hereby states:

1. The Plaintiff and Defendant have reached a settlement in this matter.

2. A settlement agreement is being prepared by the parties and their respective counsel.

3. Upon execution of the settlement agreement, the parties intend to file a Notice of Dismissal with Prejudice.

4. The parties expect to file the Notice of Dismissal within thirty days.

    Respectfully submitted,

    s/Jill Gookin
    **Jill Gookin, Esq.**
    Gookin, Krenning & Associates, LLC
    770 N. Lincoln Avenue
    Loveland, Colorado 80537
    (970) 292-8290
    Email: jill@gkalaw.com
    **Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following email address:

lhargrove@mcguirewoods.com
c/o Lindsey L. Hargrove
McGuire Woods LLP
600 Travis St. Suite 7500
Houston, TX 77002

        s/Jill Gookin
        **Jill Gookin, Esq.**
        Gookin, Krenning & Associates, LLC
        770 N Lincoln Avenue
        Loveland, Colorado 80537
        (970) 292-8290
        (888) 465-8045 FAX
        Email: jill@gkalaw.com
        **Attorney for Plaintiff**