**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No.: 12-cv-00142-MSK-KLM**

**ANDREW HUBER**

      **Plaintiff,**

v.

**NATIONAL CREDIT AUDIT CORPORATION,**

      **Defendant**

---

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

**COMES NOW** the Plaintiff, by and through his undersigned attorney, notifying this Honorable Court that the parties have settled all issues of this case. Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(i) the Plaintiff dismisses this case with prejudice. The parties each shall pay their own attorney fees and costs.

April 24, 2012

                                                              Respectfully submitted,

                                                              <u>s/Jill Gookin</u>
                                                              **Jill Gookin, Esq.**
                                                              Gookin, Krenning and Associates, LLC
                                                              770 N Lincoln Avenue
                                                              Loveland, Colorado 80537
                                                              (970) 292-8290
                                                              (888) 465-8045
                                                              **Attorney for Plaintiff**